**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| WILLIAM M. WOLF, M.D. | v. | ARIZONA MEDICAL CLINIC LIMITED DISABILITY PLAN, et al. |
| HONORABLE H. RUSSEL HOLLAND | | CASE NO.  2:10-cv-2509-HRH |

PROCEEDINGS:    **ORDER FROM CHAMBERS**

    The court is in receipt of a notice of settlement filed on August 1, 2011 (Docket No. 24), indicating that this case has been resolved.

    Pending dates and filing requirements, if any, are vacated. The parties will please present the appropriate closing papers on or before September 1, 2011.  If for any reason closing papers cannot be filed by that date, plaintiff shall serve and file a further brief status report, updating the court as to the progress of completing this case.