IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
WILLIAM M. WOLF, M.D.,            )
a married man,                    )
                                  )
                   Plaintiff,     )
                                  )
     vs.                          )
                                  )
ARIZONA MEDICAL CLINIC, LTD.      )
DISABILITY PLAN, et al.,          )
                                  )     No. 2:10-cv-2509-HRH
                   Defendants.    )
_____ )
```

O R D E R

Case Dismissed

Pursuant to stipulation[1] and good cause appearing,

IT IS ORDERED that the above-captioned lawsuit is dismissed with prejudice.  Each party will bear its own attorney fees and costs.

DATED at Anchorage, Alaska, this <u>9th</u> day of September, 2011.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 26.

- 1 -